MINNIE B. LANDON, Respondent, *v.* THE PREFERRED ACCIDENT
INSURANCE COMPANY OF NEW YORK, Appellant.

Reported below, 43 App. Div. 487.
(Argued February 26, 1900; decided March 6, 1900.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October ᴿ, 1899, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the grounds that this court is without jurisdiction to hear the appeal, that the judgment of the Appellate Division was unanimous, and, therefore, not appealable to this court, and that the exceptions taken are frivolous.

*William S. Lewis* for motion.

*George E. Cooney,* opposed.

Motion to dismiss appeal denied, with ten dollars costs.

---

WYCKOFF VAN SICKLEN et al., Respondents, *v.* THE JAMAICA
ELECTRIC LIGHT COMPANY, Appellant.

Reported below, 45 App. Div. 1.
(Submitted March 5, 1900; decided March 13, 1900.)

MOTION to dismiss an appeal from an order and judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 2, 1899, affirming a judgment in favor of plaintiffs, and an order denying a motion for a new trial.

The motion was made on the grounds that the decision of the Appellate Division was unanimous, that no questions of law are raised by the exceptions which can be reviewed by this court, and that such exceptions are frivolous.

*James C. Van Sicklen* for motion.

*Monfort & Faber* opposed.

Motion to dismiss appeal denied, with ten dollars costs.